# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**DARIUS DENNIS**                                                    **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 5:19-cv-72-DCB-MTP**

**J. JONES,** *et al.*                                                **DEFENDANTS**

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court following an omnibus hearing held on July 8, 2020 before the undersigned. At the omnibus hearing, Plaintiff stated that he did not intend to pursue his claims against Defendant J. Jones, a disciplinary hearing officer at Wilkinson County Correctional Facility. The undersigned advised Plaintiff that the hearing was the appropriate time to articulate any claims he had against J. Jones, and Plaintiff repeatedly communicated that he did not want to pursue any claims against J. Jones. As it is Plaintiff's intent to voluntarily dismiss J. Jones, the undersigned recommends that Defendant J. Jones be dismissed without prejudice.

## RIGHT TO OBJECT

In accordance with the rules and 28 U.S.C. § 636(b)(1), any party within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge, and the opposing party. The district judge at the time may accept, reject, or modify in whole or in part, the recommendations of the magistrate judge, or may receive further evidence or recommit the matter to this Court with instructions. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within fourteen days after being served with a copy shall bar that party, except on grounds of plain error, from attacking on appeal the proposed factual findings and legal

1

conclusions accepted by the district court to which the party has not objected. *Douglass v. United Servs. Auto. Ass'n*, 79 F. 3d 1415, 1428-29 (5th Cir. 1996).

THIS the 9th day of July, 2020.

s/ Michael T. Parker<br>United States Magistrate Judge