IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

DARIUS DENNIS                                              PLAINTIFF

v.                       CIVIL ACTION NO. 5:19-cv-72-DCB-MTP

J. JONES, et al.                                          DEFENDANTS

Order

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 49], to which no objections have been filed. Having reviewed the Report and Recommendation, applicable statutory and case law, and being otherwise fully informed of the premises, the Court finds as follows:

The Magistrate Judge held an omnibus hearing on July 8, 2020. At the omnibus hearing, Plaintiff, Darius Dennis stated that he did not intend to pursue his claims against Defendant J. Jones, a disciplinary hearing officer at Wilkinson County Correctional Facility. The Magistrate Judge advised Plaintiff that the hearing was the appropriate time to articulate any claims he had against J. Jones, and Plaintiff repeatedly communicated that he did not want to pursue any claims against defendant, J. Jones. As it is Plaintiff's intent to voluntarily dismiss J. Jones, Magistrate Judge Parker has found that Defendant J. Jones should be dismissed without prejudice. The

Court is satisfied that the Magistrate Judge has undertaken an extensive examination of the issues in this case and has issued a thorough recommendation.

Accordingly,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [ECF No. 49] is ADOPTED.

SO ORDERED, this the 24th day of August, 2020.

                                             /s/ David Bramlette
                                             UNITED STATES DISTRICT JUDGE